UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/23
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SECURITIES AND EXCHANGE COMMISSION,
        Plaintiff,

      - against -

JOSEPH M. DUPONT,
SHAWN P. CRONIN,
STANLEY KAPLAN,
PAUL FELDMAN, and
JARETT G. MENDOZA,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ECF Case

No. 23 Civ. 5565 (VM)

**ORDER**

WHEREAS, on August 11, 2023, the Government submitted a motion seeking to intervene in this action and to stay this matter in its entirety in light of the pendency of the parallel criminal action *United States v. Joseph Dupont, Shawn Cronin, Slava (Stanley) Kaplan, and Paul Feldman*, No. 23 Cr. 320 (GHW) (the "Criminal Case"), in which an indictment has been returned; and

WHEREAS, defendants Joseph M. Dupont, Shawn P. Cronin, Stanley Kaplan, Paul Feldman, and Jarett G. Mendoza consent to the stay of this matter in its entirety;

WHEREAS, the Securities and Exchange Commission takes no position on the Government's request to stay this matter in its entirety; and

WHEREAS, the Court finds that a stay of this matter in its entirety is in furtherance of the interests of justice and will not prejudice any party; it is

**ORDERED** that the Government's motion to intervene is GRANTED.  It is further

**ORDERED** that this matter is stayed in its entirety until the completion of the Criminal

1

Case.

SO ORDERED.

_____     18 August 2023
HONORABLE VICTOR MARRERO            DATE
UNITED STATES DISTRICT JUDGE