USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/25/24

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

- against -

DuPONT, et al.,

Defendants.

**23-cv-5565 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Within seven days of the date of this Order, the parties are hereby directed to provide an update to the Court with respect to the status of this case.

**SO ORDERED.**

Dated: September 25, 2024
New York, New York

Victor Marrero
U.S.D.J.